UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
ALPINE DIVISION

| | | |
|---|---|---|
| ALAMO ENDEAVORS, LLC, PATCH ENERGY, LLC, CANDLEWOOD RESOURCES, LLC, and PRELLY MINERALS, LLC,<br>*Plaintiffs*,<br><br>vs.<br><br>LOS ANGELES FIREMAN'S RELIEF ASSOCIATION,<br>*Defendant*. | § § § § § § § § § § § § § § | CAUSE NO. 1:23-CV-420 |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1332, LOS ANGELES FIREMAN'S RELIEF ASSOCIATION ("<u>Defendant</u>") hereby removes the above-captioned action to this Court from Cause No. 23-03-24700-CVR in the 143rd District Court of Reeves County, Texas. This Court has original jurisdiction under 28 U.S.C. § 1332.

### GROUNDS FOR REMOVAL

#### A. *DIVERSITY JURISDICTION*

1. Plaintiffs are suing Defendant alleging the following causes of action:

    a. Trespass to Try Title;
    b. Declaratory Judgment;
    c. Conversion; and
    d. Money had and Received.

2. Moreover, Plaintiffs are all Texas Limited Liability Companies. The members reflected on the Texas Secretary of State's website indicate that all members of each

Plaintiff reside in jurisdictions other than California. Accordingly, Plaintiffs and Plaintiffs' members are not domiciled in the State of California.

3. Defendant is a Nonprofit Corporation organized under the laws of the State of California. Accordingly, Defendant's domicile is in California.

4. Federal District Courts are imbued with jurisdiction to hear cases and controversies when the amount in controversy is in excess of $75,000.00 not including interest and costs, and so long as all of the Plaintiffs (in this case, the members of Plaintiffs as well) are domiciled in states different than those of Defendant. Plaintiffs seek relief in excess of $200,000.00, which satisfies the amount in controversy requirement.[1] *See* 28 U.S.C. § 1332(a). Moreover, the parties have complete diversity as mentioned above. Therefore, this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

### B. *Notice of Removal is Timely*

5. Plaintiffs filed their Original Petition on March 21, 2023. Therefore, because the Original Petition was filed less than thirty days ago, this notice of removal is timely under 28 U.S.C. § 1446(b).

### C. *Removal and Other Documents*

6. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice the following papers, which are all of the process, pleadings, and orders served on it prior to removal of this action:

    a. Plaintiffs' Original Petition, attached hereto as Attachment 1; and
    b. Issuance of Citation for Defendant is attached hereto as Attachment 2[2]; and

---

[1] *See* Attachment 1, at p. 9.
[2] To date, no Return of Service has been filed.

  c. Defendant's Original Answer, attached hereto as Attachment 3.

7. The undersigned counsel certifies that there were no motions pending and no hearings set as of the date of this Notice of Removal.

8. Moreover, venue is proper as this Court is in the district and division embracing the place where the action is pending. 28 U.S.C. § 1441(a).

### D. *NOTICE TO PLAINTIFF AND THE STATE COURT*

9. In accordance with 28 U.S.C. § 1146(d), this Notice of Removal is also being promptly filed with the 143rd District Court of Reeves County, Texas, and served upon Plaintiffs' counsel of record.

### E. *JURY DEMAND*

10. Plaintiffs made a jury demand in the state court proceeding.

### CONCLUSION

WHEREFORE, Defendant LOS ANGELES FIREMAN'S RELIEF ASSOCIATION hereby removes the state court action from the 143rd District Court of Reeves County, Texas, to this Court.

      Respectfully submitted,

      EGGLESTON KING DAVIS, LLP
      102 Houston Ave., Ste. 300
      Weatherford, Texas 76086
      Phone:(817) 596-4200
      Fax: (817) 596-4269

      By: */s/ Julian Whitley*
        David D. Rapp
        State Bar No. 24027764
        david@ekdlaw.com
        Julian Whitley
        State Bar No. 24108913
        julian@ekdlaw.com
      **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing was served upon all counsel of record using the CM/ECF system on this 17th day of April, 2023, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Western District of Texas.

Grant R. Hamilton
HAMILTON FIRM, PLLC
2525 Ridgmar Blvd. Suite 430
Fort Worth, Texas 76116
grant@hamiltonfirm.net

                */s/ Julian Whitley*
                Julian Whitley